**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SUNTRUST MORTGAGE, INC.,**

    Plaintiff,

v.                                                                                                Case No: 5:14-cv-585-Oc-39PRL

**JOSEPH B. MCCORMIC and UNITED**
**STATES OF AMERICA**

    Defendants.

## ORDER

This matter is before the Court on the United States' unopposed motion to suspend the pretrial requirements until the Court resolves the United States' motion to dismiss for failure to identify a valid waiver of sovereign immunity. (Doc. 23). Upon due consideration, the United States' motion (Doc. 23) is **GRANTED**. The pretrial requirements set forth in Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rule 3.05 are SUSPENDED pending further order of the Court.

**DONE** and **ORDERED** in Ocala, Florida on April 22, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties